IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03340-WJM-MJW

DEREK MORTLAND,

Plaintiff(s),

v.

YMCA OF THE ROCKIES, a Colorado Non-Profit,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Corrected Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (docket no. 28) is **GRANTED** finding good cause shown and finding no objection by Defendant. Plaintiff shall have **up to and including May 29, 2015** to file his Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (docket no. 22).

It is **FURTHER ORDERED** that Plaintiff's Unopposed Motion to Stay Proceeding (docket no. 30) is **GRANTED** as follows.  Discovery is stayed **except for** (1) the limited discovery permitted by Minute Order (docket no. 25) and (2) Plaintiff filing his Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (docket no. 22) as outlined above and Defendant's Reply to any Response filed by Plaintiff.  No further discovery will be permitted at this stage **except** as outlined above until after Judge Martinez rules on Defendant's Motion to Dismiss Plaintiff's Amended Complaint (docket no. 22).

Date: April 2, 2015